UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LENARD TAYLOR,

    Petitioner,

-vs-                                     Case No. 6:10-cv-1435-Orl-28GJK
                                         (Criminal Case No.: 6:03-cr-18-Orl-28GJK)

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

This case is before the Court on the following motion:

**MOTION:**    Petitioner's Motion to Strike (Doc. No. 8, filed March 3, 2011).

Thereon it is **ORDERED** that the motion is **DENIED**.

**DONE AND ORDERED** in Chambers at Orlando, Florida this ___ day of March, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 3/7
Lenard Taylor
Counsel of Record