UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LENARD TAYLOR,

    Petitioner,

-vs-                                      Case No. 6:10-cv-1435-Orl-28GJK
                                           (Criminal Case No.: 6:03-cr-18-Orl-28GJK)

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER

This case is before the Court on the following motion:

Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 19, filed October 24, 2011) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

**DONE AND ORDERED** in Orlando, Florida, this 30 day of October, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 10/25
Counsel of Record
Lenard Taylor